UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MALDONADO (A-Number: 208-136-363),<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>                    Respondents. | No.  1:26-cv-01519-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENTS' MOTION TO DISMISS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH BOND HEARING, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 13, 17 |

Petitioner Jose Luis Maldonado is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, denying respondents' motion to dismiss, and ordering respondents to provide petitioner with a bond hearing.  Doc. 17.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  The parties were advised that failure to file objections within the specified time may result in the waiver of rights.  Doc. 17 at 14.  To date, no objections have been filed, and the time for doing so has passed.

/ / /

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1.  The findings and recommendations issued on May 13, 2026, Doc. 17, are ADOPTED in full.

2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3.  Respondents' motion to dismiss, Doc. 13, is DENIED.

4.  Respondents are ORDERED to provide petitioner Jose Luis Maldonado (A-Number: 208-136-363) with a bond hearing before a neutral decisionmaker within fourteen (14) of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing. At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. If respondents do not provide petitioner with a bond hearing within fourteen days, respondents are ordered to release him.

5.  Petitioner's motion to enforce, Doc. 19, is denied as moot.

6.  The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:　June 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2